Michael R. Lozeau (State Bar No. 142893)
Richard T. Drury (State Bar No. 163559)
Douglas J. Chermak (State Bar No. 233382)
LOZEAU DRURY LLP
410 12th Street, Suite 250
Tel: (510) 836-4200
Fax: (510) 836-4205 (fax)
E-mail: michael@lozeaudrury.com
          doug@lozeaudrury.com

Attorneys for Plaintiffs
NORTHERN CALIFORNIA RIVER WATCH,
TEAMSTERS LOCAL 70, and EAST BAY
ALLIANCE FOR A SUSTAINABLE ECONOMY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation; TEAMSTERS LOCAL 70, a labor organization; and EAST BAY ALLIANCE FOR A SUSTAINABLE ECONOMY, a non-profit organization,<br><br>            Plaintiffs,<br><br>     vs.<br><br>OAKLAND MARITIME SUPPORT SERVICES, INC., a corporation; WILLIAM ABOUDI, an individual; JORGE GONZALEZ RIVERA d.b.a. CHRISTIAN BROTHERS TRUCK SERVICES, an individual; CITY OF OAKLAND, a municipality; REDEVELOPMENT AGENCY OF THE CITY OF OAKLAND, a local public agency; and COMMUNITY AND ECONOMIC DEVELOPMENT AGENCY, a public agency,<br><br>            Defendants. | Case No. 4:10-cv-3912 CW<br><br>**STIPULATION AND ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Claudia Wilken |

WHEREAS, on August 31, 2010, Plaintiff Northern California River Watch filed a complaint against Defendants Oakland Maritime Support Services, Inc., William Aboudi, and Jorge Gonzalez River d.b.a. Christian Brothers Truck Services.

WHEREAS, on November 2, 2010, Plaintiffs filed its First Amended Complaint, adding in as plaintiffs Teamsters Local 70 and East Bay Alliance for a Sustainable Economy, and adding in as

1  defendants City of Oakland, Redevelopment Agency of the City of Oakland, and Community and
2  Economic Development Agency.
3      WHEREAS, on November 15, 2010, Defendants Oakland Maritime Support Services, Inc.
4  and William Aboudi filed a Motion to Dismiss against Plaintiffs.
5      WHEREAS, on November 11, 2010, Plaintiffs served the First Amended Complaint
6  Defendant Jorge Gonzalez Rivera d.b.a. Christian Brothers Truck Services but Defendant Rivera has
7  not yet made an appearance in the action.
8      WHEREAS, on November 24, 2010, the above-entitled action was reassigned to Judge Hon.
9  Claudia Wilken for all further proceedings.
10     WHEREAS, in reassigning the case to Judge Wilken, the Court ordered the parties to
11 renotice any pending motions to a new hearing date before Judge Wilken.
12     WHEREAS, in order to facilitate possible settlement discussions with defendants City of
13 Oakland, Redevelopment Agency of the City of Oakland, and Community and Economic
14 Development Agency, Plaintiffs have yet to serve the First Amended Complaint on those three, new
15 defendants, and must do so by March 2, 2011.
16     WHEREAS, on December 14, 2010, at 2:00 p.m., the parties are scheduled to appear before
17 Judge Wilken for a Case Management Conference.
18     WHEREAS, Plaintiffs and Defendants Oakland Maritime Support Services, Inc. and William
19 Aboudi agreed, upon the Court's approval, to reschedule the Case Management Conference for
20 March 8, 2011, to provide an opportunity for the parties to brief and for the Court to determine the
21 merits of the Motion to Dismiss and to allow Plaintiffs time to engage in possible settlement
22 discussions and serve the complaint against the three new municipal Defendants.
23     THEREFORE, IT IS STIPULATED by and between the parties who currently have appeared
24 before the Court, through their respective counsel, as follows:
25     1.    The Case Management Conference set for December 14, 2010, be rescheduled for
26           March 8, 2011.
27     2.    The deadline to file the Joint Case Management Statement be rescheduled for
28           February 22, 2011.

WHEREFORE, the Parties respectfully request the Court to approve and enter the Order below.

Dated: December 3, 2010          By: _/s/ *Douglas J. Chermak*_____
                                                        Douglas J. Chermak
                                                        Attorneys for Plaintiff
                                                        NORTHERN CALIFORNIA RIVER WATCH,
                                                        TEAMSTERS LOCAL 70, and EAST BAY
                                                        ALLIANCE FOR A SUSTAINABLE ECONOMY


Dated: December 3, 2010          By: _/s/ *Jay I. Aboudi*_ (as authorized on 12/3/2010)
                                                        Jay I. Aboudi
                                                        Attorney for Defendants
                                                        OAKLAND MARITIME SUPPORT SERVICES, INC.
                                                        and WILLIAM ABOUDI

ORDER

Based on the foregoing stipulation, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the Case Management Conference set for December 14, 2010, is rescheduled for March 8, 201**1**. The parties shall file a joint case management statement by February 22, 2010.

IT IS SO ORDERED.

NORTHERN DISTRICT COURT OF CALIFORNIA

Dated: **12/13/2010**

United States District Court Judge