IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORTHERN CALIFORNIA RIVER WATCH,

    Plaintiff,

  v.

OAKLAND MARITIME SUPPORT SERVICES, INC., et al.,

    Defendants.

    _____/

No. C 10-3912 CW

ORDER OF REFERENCE TO MAGISTRATE JUDGE

Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the motion to compel inspection of land and responses to requests for production, motion for sanctions pursuant to plaintiff's motion to compel, and **all further discovery motions** filed in the above-captioned case are referred to a Magistrate Judge.  The hearings noticed for Thursday, October 6, 2011, are vacated.  Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 8/30/2011

                                CLAUDIA WILKEN
                                United States District Judge

cc: Sue; Assigned M/J w/mo.