**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, | No. C 10-3912 CW (JSC) |
| Plaintiff, | **ORDER RE PLAINTIFF'S MOTION TO COMPEL AND MOTION FOR SANCTIONS** |
| v. | |
| OAKLAND MARITIME SUPPORT SERVICES, INC., et al., | |
| Defendants. | |

Plaintiff's Motion to Compel and Motion for Sanctions filed August 29, 2011 have been referred to the undersigned Judge. The parties are directed to the Court's Standing Order and are advised that pursuant to Procedure No. 1 the previously established briefing schedule remains in effect. The hearing on Plaintiff's Motion to Compel and Motion for Sanctions is scheduled for October 6, 2011 at 9:00 a.m. in Courtroom F, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: August 31, 2011

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE