IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>OAKLAND MARITIME SUPPORT SEVICES, INC.,<br><br>Defendants. | Case No.: 10-cv-3912 CW (JSC)<br><br>**ORDER RE: DEFENDANTS OAKLAND MARITIME SUPPORT SERVICES, INC., AND WILLIAM ABOUDI'S MOTION FOR AN EXTENSION OF TIME RE: PLAINTIFFS' MOTION TO COMPEL** |

  The Court has received Defendants Oakland Maritime Support Service, Inc., and William Aboudi's motion for an extension of time to respond to Plaintiffs' motion to compel and for a continuance of the hearing date regarding the same.

  The hearing on Plaintiffs' motions to compel and for sanctions will go forward on October 6, 2011 as to Defendant Redevelopment Agency of the City of Oakland.

  With respect to Defendants Oakland Maritime Support Service, Inc., and William Aboudi, the parties are ordered to meet and confer by telephone regarding Defendants' request for an extension of time. The parties shall submit a joint letter to the Court by September 29, 2011 detailing the results of their meet and confer efforts.

**IT IS SO ORDERED.**

Dated: 9·26·2011

JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE