IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>OAKLAND MARITIME SUPPORT SEVICES, INC.,<br><br>Defendants. | Case No.: 10-cv-3912 CW (JSC)<br><br>**ORDER RE: DEFENDANTS OAKLAND MARITIME SUPPORT SERVICES, INC., AND WILLIAM ABOUDI'S MOTION FOR AN EXTENSION OF TIME RE: PLAINTIFFS' MOTION TO COMPEL** |

The Court has received the joint letter filed by Plaintiffs and Defendants Oakland Maritime Support Service, Inc., and William Aboudi describing their meet and confer efforts regarding Defendants' request for an extension of time to respond to Plaintiffs' Motions to Compel and for Sanctions. The letter indicates that the parties were unable to come to an agreement and that Plaintiffs continue to oppose Defendants' request for an extension of time based counsel Jay Aboudi's need to withdraw as counsel of record in the action due to an on-going medical condition. Counsel Aboudi represents Defendant William Aboudi and Defendant Oakland Maritime Support Services, Inc. Pursuant to Civil Local Rule 3-9(b), a corporation cannot represent itself. See also Rowland v. California Men's Colony, 506 U.S.

194, 201–02 (1993) ("It has been the law for the better part of two centuries ... that a corporation may appear in the federal courts only through licensed counsel"). Accordingly, Defendants, or at least the corporate Defendant, must be given an opportunity to find replacement counsel.

In light of Plaintiffs' failure to identify any irreparable prejudice and Defendants' counsel's illness, Defendants Oakland Maritime Support Service, Inc., and William Aboudi's motion for an extension of time to respond to Plaintiffs' Motions to Compel and for Sanctions is GRANTED. The hearing on these motions with respect to these Defendants only shall be continued to November 17, 2011 at 9:00 a.m. Defendants' opposition to the motions is due November 3, 2011 and Plaintiffs' reply, if any, is due November 10, 2011.

The hearing on Plaintiffs' Motions to Compel and for Sanctions will go forward on October 6, 2011 as to Defendant Redevelopment Agency of the City of Oakland.

**IT IS SO ORDERED.**

Dated: September 30, 2011

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE