Michael R. Lozeau (State Bar No. 142893)
Richard T. Drury (State Bar No. 163559)
Douglas J. Chermak (State Bar No. 233382)
LOZEAU DRURY LLP
410 12th Street, Suite 250
Oakland, CA  94607
Tel: (510) 836-4200
Fax: (510) 836-4205 (fax)
E-mail: michael@lozeaudrury.com
         doug@lozeaudrury.com

Attorneys for Plaintiffs
NORTHERN CALIFORNIA RIVER WATCH,
TEAMSTERS LOCAL 70, and EAST BAY
ALLIANCE FOR A SUSTAINABLE ECONOMY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation; TEAMSTERS LOCAL 70, a labor organization; and EAST BAY ALLIANCE FOR A SUSTAINABLE ECONOMY, a non-profit organization,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>OAKLAND MARITIME SUPPORT SERVICES, INC., a corporation; WILLIAM ABOUDI, an individual; JORGE GONZALEZ RIVERA d.b.a. CHRISTIAN BROTHERS TRUCK SERVICES, an individual; and REDEVELOPMENT AGENCY OF THE CITY OF OAKLAND, a local public agency,<br><br>　　　　Defendants. | Case No. 4:10-cv-3912 CW<br><br>**ORDER RE PLAINTIFFS' MOTION TO EXTEND DISCOVERY DEADLINES AND TRIAL DATE** |

The Court, having reviewed Plaintiffs' motion to extend the discovery deadlines and trial date,

IT IS HEREBY ORDERED:

The following deadlines and dates shall replace those originally set forth in the Court's March 8, 2011 case management order:

| | | |
|---|---|---|
| 1 | Date of next CMC | **11/8/12** |
| 2 | Completion of fact discovery | 10/19/12 |
| 3 | Expert reports | 7/20/12 |
| 4 | Rebuttal | **8/3/12** |
| 5 | Complete Expert Discovery | **9/4/12** |
| 6 | | |
| 7 | Case-dispositive motions | **11/8/12** |
| 8 | Pre-trial conference | **2/20/13** |
| 9 | 5-day trial | **3/4/13** |

IT IS SO ORDERED,

Dated:   February 28, 2012

_____
Judge Claudia Wilken
United States District Judge

[Proposed] ORDER RE PLAINTIFFS' MOTION TO EXTEND DISCOVERY DEADLINES AND TRIAL DATE          2          4:10-cv-03912 CW