Michael R. Lozeau (State Bar No. 142893)
Richard T. Drury (State Bar No. 163559)
Douglas J. Chermak (State Bar No. 233382)
LOZEAU DRURY LLP
410 12th Street, Suite 250
Oakland, CA 94607
Tel: (510) 836-4200
Fax: (510) 836-4205 (fax)
E-mail: michael@lozeaudrury.com
         doug@lozeaudrury.com

Attorneys for Plaintiffs
NORTHERN CALIFORNIA RIVER WATCH,
TEAMSTERS LOCAL 70, and EAST BAY
ALLIANCE FOR A SUSTAINABLE ECONOMY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation; TEAMSTERS LOCAL 70, a labor organization; and EAST BAY ALLIANCE FOR SUSTAINABLE ECONOMY, a non-profit organization,<br><br>Plaintiffs,<br><br>v.<br><br>OAKLAND MARITIME SUPPORT SERVICES, INC., a corporation; WILLIAM ABOUDI, an individual; and JORGE GONZALEZ RIVERA d.b.a. CHRISTIAN BROTHERS TRUCK SERVICES, an individual; and REDEVELOPMENT AGENCY OF THE CITY OF OAKLAND, a local public agency;<br><br>Defendants. | Case No.: 4:10-cv-3912  CW-JSC<br><br>**STIPULATION REQUESTING A SETTLEMENT CONFERENCE BEFORE A MAGISTRATE JUDGE; ORDER TO EXTEND DISCOVERY DEADLINES AND TRIAL DATE**<br><br>Trial Date: June 3, 2013<br>Courtroom: 2, 4th Floor<br><br>Hon. Judge Claudia Wilken |

WHEREAS, on June 12, 2012, pursuant to the parties' Stipulation and [Proposed] Order to Extend Discovery Deadlines and Trial Date, the Court issued an order setting forth new deadlines for discovery matters, a new pre-trial conference, and a new trial date;

WHEREAS, the parties have made several rounds of revisions to a draft settlement agreement and have made significant progress in reaching an agreement in lieu of litigation;

-1-

WHEREAS, on September 28, 2012, the parties jointly filed a notice of need for ADR phone conference and believe that a settlement conference with a Magistrate Judge would greatly assist the parties to reach a settlement;

WHEREAS, the parties believe it would be in their mutual best interest to extend all deadlines and the trial date in this matter an additional three months in order to allow the parties to complete the settlement discussions and to the extent it becomes necessary, complete the ongoing discovery and;

WHEREAS, the parties believe that such an extension would conserve the resources of the court;

NOW THEREFORE, the parties hereby request that the Court assign this case to a Magistrate Judge for a settlement conference within the next 30-days, or as soon thereafter is convenient for the Court, and request that the Court establish the following new discovery deadlines, pre-trial conference date, and trial date:

| Deadline/Date | Date Set in 6/12/12 Order | New Date |
| --- | --- | --- |
| Date of Next CMC | 2/7/13 | 5/9/13 |
| Completion of fact discovery | 1/18/13 | 4/19/13 |
| Expert reports | 10/19/12 | 1/18/13 |
| Rebuttal | 11/2/12 | 2/15/13 |
| Complete Expert Discovery | 12/4/12 | 3/15/13 |
| Case-dispositive motions | 2/7/13 | 5/8/13 |
| Pre-trial conference | 5/22/13 | 8/21/13 |
| 5-day trial | 6/3/13 | 9/2/13 |

///

///

///

Dated: October 10, 2012

**STIPULATION AND [PROPOSED] ORDER TO EXTEND**     Case No: 4:10-cv-3912 CW-JSC
**DISCOVERY DEADLINES AND TRIAL DATE**

|   |   |
|---|---|
| 1 |  |
| 2 | /s/ *Michael R. Lozeau*<br>MICHAEL R. LOZEAU<br>Attorney for Plaintiffs |
| 3 | Dated: October 10, 2012 |
| 4 |  |
| 5 | /s/ *Meredith E. Brown*<br>(as authorized on 10/10/12)<br>MEREDITH E. BROWN<br>Attorney for Defendants<br>OAKLAND MARITIME SUPPORT<br>SERVICES, INC. and WILLIAM ABOUDI |
| 8 | Dated: October 10, 2012 |
| 9 | /s/ *Robert Doty*<br>(as authorized on 10/10/12)<br>ROBERT DOTY<br>Attorney for Defendant<br>REDEVELOPMENT AGENCY OF THE<br>CITY OF OAKLAND |

**PURSUANT TO STIPULATION,** it is hereby ordered that:

1. This case shall be referred to a Magistrate Judge for a settlement conference to occur within 30 days.

2. The trial date and other case management dates are extended as set forth above in the Parties' stipulation, **except the case dispositive motions will be held on Thursday, May 9, 2013, and the 5-day jury trial will begin on Tuesday, September 3, 2013.**

**IT IS SO ORDERED.**

Dated: October 12, 2012

Hon. Claudia Wilken
United States District Judge

-3-