IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORTHERN CALIFORNIA RIVER WATCH, et al.,

        Plaintiffs,

  v.

OAKLAND MARITIME SUPPORT SERVICES, et al.,

        Defendants.

No. 4:10-cv-03912 CW (NC)

**ORDER TO SHOW CAUSE**

This case is scheduled for a Settlement Conference on October 30, 2012 at 9:30 a.m. Both parties have not submitted a settlement conference statement as required by this Court's order setting the conference. No party has filed a motion to continue the conference. Accordingly, at 9:30 a.m. on October 30, the parties must show cause why counsel should not be sanctioned for failure to follow court orders.

**IT IS SO ORDERED.**

Dated: October 26, 2012

NATHANAEL COUSINS
United States Magistrate Judge