1   Michael R. Lozeau (State Bar No. 142893)
    Richard T. Drury (State Bar No. 163559)
2   Douglas J. Chermak (State Bar No. 233382)
    LOZEAU DRURY LLP
3   410 12th Street, Suite 250
    Oakland, CA 94607
4   Tel: (510) 836-4200
    Fax: (510) 836-4205 (fax)
5   E-mail: michael@lozeaudrury.com
            doug@lozeaudrury.com
6
7   Attorneys for Plaintiffs
    NORTHERN CALIFORNIA RIVER WATCH,
8   TEAMSTERS LOCAL 70, and EAST BAY
    ALLIANCE FOR A SUSTAINABLE ECONOMY

9                 **UNITED STATES DISTRICT COURT**

10               **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 11  NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation; TEAMSTERS LOCAL 70, a labor organization; and EAST BAY ALLIANCE FOR SUSTAINABLE ECONOMY, a non-profit organization, | Case No.: 4:10-cv-3912  CW-JSC **STIPULATION AND [~~PROPOSED~~] ORDER TO  RESCHEDULE SETTLEMENT CONFERENCE AND VACATE ORDER TO SHOW CAUSE HEARING** |
| Plaintiffs, | |
| v. | Hearing:  October 30, 2012 Courtroom:  A, 15th Floor Time: 9:30 a.m. |
| OAKLAND MARITIME SUPPORT SERVICES, INC., a corporation; WILLIAM ABOUDI, an individual; and JORGE GONZALEZ RIVERA d.b.a. CHRISTIAN BROTHERS TRUCK SERVICES, an individual; and REDEVELOPMENT AGENCY OF THE CITY OF OAKLAND, a local public agency; | Hon. Magistrate Judge Nathanael Cousins |
| Defendants. | |

23        WHEREAS, on October 12, 2012, pursuant to the parties' Stipulation and [Proposed]

24   Order to Extend Discovery Deadlines and Trial Date, the Court issued an order indicating that

25   the case would be referred to a Magistrate Judge for a settlement conference;

26        WHEREAS, on October 17, 2012, the Court referred the case to Magistrate Judge

27   Nathanael M. Cousins for a settlement conference;

28                                                    -1-

WHEREAS, on October 18, 2012, the Court issued an order setting the settlement conference for October 30, 2012, at 9:30 a.m.;

WHEREAS, the parties communicated with each other subsequent to the assignment of the date and determined that the date was not available for all parties.

WHEREAS, the parties solicited alternative dates for the settlement conference from Judge Cousins' clerk, and ultimately determined that November 15, 2012, at 9:30 a.m., would be suitable for all parties.  Given the parties understanding of the Court's available alternative dates and their intent to request a revised settlement conference date from the Court, the parties anticipated filing their settlement conference statements on a date consistent with any revised date for the conference;

WHEREAS, the parties were not able to confirm each of their availability as of October 23, 2012, and inadvertently did not submit settlement conference statements on that date in concordance with the Court's October 18, 2012 Order and, on October 26, 2012, the Court accordingly issued an Order to Show Cause set for October 30, 2012, at 9:30 a.m., and;

WHEREAS, the parties shall file settlement conference statements consistent with the date of the rescheduled settlement conference and the Court's standing order.

NOW THEREFORE, the parties hereby request that the Court reschedule the settlement conference for November 15, 2012.  The parties further respectfully request that the Court vacate the Order to Show Cause.  The parties shall submit settlement conference statements no later than seven days prior to the conference.

Dated: October 29, 2012

/s/ *Michael R. Lozeau*

MICHAEL R. LOZEAU
Attorney for Plaintiffs

-2-

**STIPULATION AND [PROPOSED] ORDER TO**
**RESCHEDULE SETTLEMENT CONFERENCE AND**
**VACATE ORDER TO SHOW CAUSE HEARING**

**Case No: 4:10-cv-3912 CW-JSC**

Dated: October 29, 2012

/s/ *Meredith E. Brown*

(as authorized on 10/29/12)
MEREDITH E. BROWN
Attorney for Defendants
OAKLAND MARITIME SUPPORT
SERVICES, INC. and WILLIAM ABOUDI

Dated: October 29, 2012

/s/ *Robert Doty*

(as authorized on 10/29/12)
ROBERT DOTY
Attorney for Defendant
REDEVELOPMENT AGENCY OF THE
CITY OF OAKLAND

**PURSUANT TO STIPULATION,** it is hereby ordered that:

1. The settlement conference shall be rescheduled for November 15, 2012, at 9:30 a.m.

2. The parties shall submit settlement conference statements by November 8, 2012.

3. The hearing to show cause on October 30, 2012, is hereby vacated.

**IT IS SO ORDERED.**

Dated: October 29, 2012

Hon. Nathanael Cousins
United States Magistrate Judge

IT IS SO ORDERED

Judge Nathanael M. Cousins

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

-3-