IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, et al., <br><br>    Plaintiffs, <br><br>    v. <br><br> OAKLAND MARITIME SUPPORT SERVICES, et al., <br><br>    Defendants. | No. C 10-3912 CW <br><br> ORDER VACATING TRIAL-RELATED DATES AND CONTINUING CASE MANAGEMENT CONFERENCE (Docket No. 116) |

   In light of the parties' ongoing settlement efforts, the Court hereby CONTINUES the case management conference previously set for August 14, 2013 to October 30, 2013. All current discovery, pre-trial, and trial-related dates are VACATED and will be reset, as necessary, at the case management conference. The parties shall file a joint case management, including a new proposed discovery and trial schedule, one week before the case management conference. The Court defers judgment on Meredith Brown's motion to withdraw as counsel.

   IT IS SO ORDERED.

Dated: 8/12/2013

CLAUDIA WILKEN
United States District Judge