IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>OAKLAND MARITIME SUPPORT SERVICES, et al.,<br><br>    Defendants.<br>_____/ | No. C 10-3912 CW<br><br>ORDER VACATING CASE MANAGEMENT CONFERENCE AND DIRECTING PARTIES TO FILE STIPULATION OR STATUS REPORT |

The parties' settlement agreement stated that they would file a stipulation to dismiss this action voluntarily with prejudice, pursuant to Federal Rule of Civil Procedure 41(a), within five days of the Court's order approving the settlement agreement and payment of all sums required by the agreement. The Court entered its order approving the settlement agreement on February 10, 2014. Accordingly, the parties are directed to file their Rule 41(a) stipulation of dismissal or a joint status report within seven days of this order. The case management conference previously set for February 26, 2014 is hereby VACATED.

IT IS SO ORDERED.

Dated: 2/19/2014

CLAUDIA WILKEN
United States District Judge