IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORTHERN CALIFORNIA RIVER WATCH, et al.,

      Plaintiffs,

  v.

OAKLAND MARITIME SUPPORT SERVICES INC., et al.,

      Defendants.

No. C 10-03912 CW

ORDER REGARDING SETTLEMENT

Pursuant to the parties agreement, the Court orders that within five days of the completion of the payments, Plaintiffs will arrange to finalize and file with the Court a stipulation to dismiss with prejudice and proposed order, as required by paragraph 4 of the settlement agreement.  If a stipulation to dismiss is not filed, then the parties are ordered to file a further joint status report by March 18, 2014.

Dated:  3/10/2014

CLAUDIA WILKEN
United States District Judge