Michael R. Lozeau (State Bar No. 142893)
Richard T. Drury (State Bar No. 163559)
Douglas J. Chermak (State Bar No. 233382)
LOZEAU DRURY LLP
410 12th Street, Suite 250
Oakland, CA 94607
Tel: (510) 836-4200
Fax: (510) 836-4205 (fax)
E-mail: michael@lozeaudrury.com
          doug@lozeaudrury.com

Attorneys for Plaintiffs
NORTHERN CALIFORNIA RIVER WATCH,
TEAMSTERS LOCAL 70, and EAST BAY
ALLIANCE FOR A SUSTAINABLE ECONOMY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation; TEAMSTERS LOCAL 70, a labor organization; and EAST BAY ALLIANCE FOR SUSTAINABLE ECONOMY, a non-profit organization,<br><br>Plaintiffs,<br><br>v.<br><br>OAKLAND MARITIME SUPPORT SERVICES, INC., a corporation; WILLIAM ABOUDI, an individual; JORGE GONZALEZ RIVERA d.b.a. CHRISTIAN BROTHERS TRUCK SERVICES, an individual; REDEVELOPMENT AGENCY OF THE CITY OF OAKLAND, a local public agency; and the CITY OF OAKLAND, a municipality,<br><br>Defendants. | Case No.: 4:10-cv-3912  CW-JSC<br><br>**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS; [~~PROPOSED~~] ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br>[FRCP 41(a)(2)]<br><br>Hon. Chief Judge Claudia Wilken |

WHEREAS, on or about February 17, 2010, Plaintiff Northern California River Watch ("NCRW") provided Oakland Maritime Support Services, Inc. ("OMSS"), William Aboudi, and a number of OMSS subtenants with a Notice of Violation and Intent to File Suit ("60-Day Notice

-1-

Letter") under Section 505 of the Federal Water Pollution Control Act (the "Act" or "Clean Water Act"), 33 U.S.C. § 1365;

WHEREAS, on August 31, 2010, NCRW filed its Complaint in the United States District Court for the Northern District of California against OMSS, William Aboudi, and Jorge Gonzalez Rivera d.b.a. Christian Brothers Truck Services ("Christian Brothers") (*Northern California River Watch v. Oakland Maritime Support Services, Inc., et al.*, Case No. 4:10-cv-3912 CW-JSC);

WHEREAS, on or about September 2, 2010, NCRW, Teamsters Local 70, and East Bay Alliance For Sustainable Economy ("E-BASE") (collectively "Plaintiffs") provided OMSS, William Aboudi, Christian Brothers, Redevelopment Agency of the City of Oakland, the City of Oakland ("City"), the City's Community and Economic Development Agency, and others with an additional Notice of Violation and Intent to File Suit under Section 505 of the Clean Water Act;

WHEREAS, on November 2, 2010, Plaintiffs filed a First Amended Complaint adding the Redevelopment Agency, the City, and the Community and Economic Development Agency as defendants;

WHEREAS, on February 23, 2011, Plaintiffs voluntarily dismissed the City and the Community and Economic Development Agency as defendants in the action;

WHEREAS, the Redevelopment Agency has, by operation of statute, been replaced in this litigation by the Oakland Redevelopment Successor Agency;

WHEREAS, on October 23, 2013, the Parties and the City filed a stipulation to add the City back in as a defendant in this action.

WHEREAS, Plaintiffs and Defendants, through their authorized representatives and without adjudication of Plaintiffs' claims, have chosen to resolve in full by way of settlement the

allegations of Plaintiffs as set forth in the Notices and First Amended Complaint, thereby avoiding the costs and uncertainties of further litigation.  A copy of the Settlement Agreement and Release of Claims ("Settlement Agreement"), without the attached exhibits, entered into by and between Plaintiffs and Defendants is attached hereto as Exhibit 1 and incorporated by reference.

WHEREAS, the parties submitted the Settlement Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice and the 45-day review period set forth at 40 C.F.R. § 135.5 has been completed, and the Court has granted the parties' motion to approve the settlement.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that Plaintiffs' claims, as set forth in the Notices and Complaint, be dismissed with prejudice.  The parties respectfully request an order from this Court dismissing such claims with prejudice.  In accordance with paragraphs 4 and 19 of the Settlement Agreement, the parties also request that this Court maintain jurisdiction over the parties, for the sole purpose of resolving any disputes between the parties with respect to enforcement of any provision of the Settlement Agreement.

Dated: March 18, 2014

                                              /s/ *Michael R. Lozeau*
                                              MICHAEL R. LOZEAU
                                              Attorney for Plaintiffs

Dated: March 18, 2014

                                              /s/ *Meredith E. Brown*
                                              (as authorized on 3/18/2014)
                                              MEREDITH E. BROWN
                                              Attorney for Defendants
                                              OAKLAND MARITIME SUPPORT
                                              SERVICES, INC. and WILLIAM ABOUDI

-3-
STIPULATION TO DISMISS PLAINTIFFS' CLAIMS                 Case No: 4:10-cv-3912 CW-JSC
AND [PROPOSED] ORDER GRANTING DISMISSAL

Dated: March 18, 2014

                    /s/ *Robert Doty*
                    (as authorized on 3/18/2014)
                    ROBERT DOTY
                    Attorney for Defendant
                    OAKLAND REDEVELOPMENT
                    SUCCESSOR AGENCY and CITY OF
                    OAKLAND

### [~~PROPOSED~~] ORDER

Good cause appearing, and the parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiffs Northern California River Watch's, Teamsters Local 70's, and East Bay Alliance For Sustainable Economy's claims against Defendants Oakland Maritime Support Services, Inc., William Aboudi, Jorge Gonzalez Rivera d.b.a. Christian Brothers Truck Services, Oakland Redevelopment Successor Agency, and the City of Oakland, as set forth in the Notices and First Amended Complaint filed in Case No. 4:10-cv-3912 CW-JSC, are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over the parties for the sole purpose of enforcing compliance by the parties of the terms of the Settlement Agreement, attached to the parties' Stipulation to Dismiss as Exhibit 1.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 19, 2014

                    Hon. Claudia Wilken
                    United States District Chief Judge